**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CR-20078-GRAHAM**


**UNITED STATES OF AMERICA,**

**v.**

**MARCELO KOCHEN,**
**MICHAEL KOCHEN, and**
**SANDRO HEREK,**

      **Defendants.**
_____/

## NOTICE OF APPEARANCE

COMES NOW, The United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned Assistant United States Attorney has been assigned to the above captioned case.


Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY


By:  */s/ Roger Cruz*_____
Roger Cruz
Assistant United States Attorney
99 Northeast Fourth Street, 4th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9207
E-Mail: roger.cruz@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on October 03, 2025, the undersigned electronically filed the

foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.


*/s/ Roger Cruz*
Roger Cruz
Assistant United States Attorney