UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20078-GRAHAM

UNITED STATES OF AMERICA,

v.

MARCELO KOCHEN,
MICHAEL KOCHEN, and
SANDRO HEREK,

      **Defendants.**
_____/

## NOTICE OF APPEARANCE

    COMES NOW, The United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned Assistant United States Attorney has been assigned to the above captioned case.

    Respectfully submitted,

    JASON A. REDING QUIÑONES
    UNITED STATES ATTORNEY

By: */s/ Robert F. Moore*
    Robert F. Moore
    Assistant United States Attorney
    99 Northeast Fourth Street, 4th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9411
    Facsimile: (305) 530-6168
    E-Mail: Robert.Moore@usdoj.gov

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 03, 2025, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

                                               */s/ Robert F. Moore*
                                               Robert F. Moore
                                               Assistant United States Attorney